UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
OAKTREE CAPITAL,

                Plaintiff(s),

      -against-

TECHNOLOGY PARTNERS,

                Defendant(s).
---------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

15 civ 9143 (JGK)

To All Parties,

      You are directed to appear for a pretrial conference, to be held on **Monday, February 1, 2016,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

      For any further information, please contact the Court at (212) 805-0107.

*Don Fletcher*
**Courtroom Case Manager**

Dated: New York, New York
          December 17, 2015

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/2015