UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
|  |  |  |
|---|---|---|
| OAKTREE CAPITAL MANAGEMENT, L.P., | : | |
| | : | |
| Plaintiff, | : | 15-CV-9143 (JGK) (SN) |
| | : | |
| -against- | : | |
| | : | |
| TECHNOLOGY PARTNERS, INC., | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------ x

**OAKTREE CAPITAL MANAGEMENT, L.P.'s NOTICE OF MOTION TO DISMISS TECHNOPLOGY PARTNERS, INC.'S COUNTERCLAIMS**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all other papers and proceedings in this action, Oaktree Capital Management, L.P. will move this Court before the Honorable John G. Koeltl, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, on a date and time to be scheduled by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, granting Oaktree Capital Management, L.P.'s Motion to Dismiss Technology Partners, Inc.'s Counterclaims in their entirety and with prejudice.

Date:   January 11, 2016           Respectfully submitted,
        New York, New York

                                   /s Robert Cohen
                                   TAYLOR & COHEN LLP
                                   Robert Cohen
                                   Zachary S. Taylor
                                   40 Worth Street, 10th floor
                                   New York, NY 10013
                                   Tel. (646) 527-7377
                                   rcohen@taylorcohenllp.com

                                   *Attorneys for Plaintiff Oaktree Capital Management, L.P.*