# TAYLOR & COHEN LLP

40 Worth Street, 10th Floor
New York, NY 10013
Tel (646) 527-7377
Fax (646) 439-9983
www.taylorcohenllp.com

January 12, 2016

**Electronically Filed**
Hon. John G. Koeltl
United States District Judge
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Oaktree Capital Management, L.P. v. Technology Partners, Inc.*, No. 15-cv-9143

Dear Judge Koeltl:

Taylor & Cohen LLP is counsel to Plaintiff and Counterclaim Defendant Oaktree Capital Management, L.P. ("Oaktree") in the above-referenced action. Yesterday, Oaktree filed a motion to dismiss Technology Partner, Inc.'s Counterclaims. The motion to dismiss may found at Docket No. 14.

It has just come to our attention that we filed the motion without first scheduling a pre-motion conference, as is required under Your Honor's Individual Practices. We sincerely apologize for this oversight and are prepared to attend a conference at the Court's convenience or follow any other instructions the Court may have.

Respectfully,

/s/

Robert Cohen

*A pre-motion conference will be held on Wednesday, January 20, 2016, at 2:30pm. SO ORDERED.*

*/s/ Koeltl*
*U.S.D.J.*

*1/13/16*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-13-16