

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

January 19, 2016

**VIA ECF**

*ADJOURNED TO TUESDAY,*
*FEBRUARY 16, 2016, AT 4:30PM.*
*SO ORDERED.*
1/20/16
/s/ John G. Koeltl
U.S.D.J.

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Oaktree Capital Management, L.P. v. Technology Partners, Inc.*, 15-cv-9143 (JGK)

Dear Judge Koeltl:

We serve as local counsel to Defendant and Counterclaim-Plaintiff Technology Partners, Inc. ("TPI") in the above-referenced matter.

By Order dated January 13, 2016, the Court scheduled a pre-motion conference for 2:30 p.m. on Wednesday, January 20, 2016. TPI's regular counsel, who is based in North Carolina and had planned to participate in Wednesday's conference, is sick and out of the office today. As a result, we respectfully request that tomorrow's pre-motion conference be rescheduled to February 1, 2016, the date on which the Court has scheduled its initial conference with the parties, or another date convenient to the Court.

Plaintiff's counsel has no objection to this request. No prior request has been made to adjourn tomorrow's conference.

Respectfully submitted,

Harry H. Rimm

cc:   Rob Cohen, Esq. (Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/20/16