UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Oaktree Capital Management, L.P.
                    Plaintiff,

    -against-

Technology Partners, Inc.
                    Defendant.

Case No. 1:15-cv-9143 (JGK)

------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Zachary Stewart Taylor__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __ZT-7545__    My State Bar Number is __4217451__

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: __Gibson Dunn & Crutcher, LLP__
                       FIRM ADDRESS: __200 Park Avenue, New York, NY 10166__
                       FIRM TELEPHONE NUMBER: __(212) 351-4000 (x4053)__
                       FIRM FAX NUMBER: __(212) 351-6353__

NEW FIRM:    FIRM NAME: __Taylor & Cohen LLP__
                       FIRM ADDRESS: __40 Worth Street, 10th Floor, New York, NY 10013__
                       FIRM TELEPHONE NUMBER: __(646) 527-7377__
                       FIRM FAX NUMBER: __(646) 439-9983__

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/20/2016                       /s/ Zachary S. Taylor
                                                        ATTORNEY'S SIGNATURE