**TAYLOR & COHEN LLP**

40 Worth Street, 10th Floor
New York, NY 10013
Tel (646) 527-7377
Fax (646) 439-9983
www.taylorcohenllp.com

January 21, 2016

**Electronically Filed**
Hon. John G. Koeltl
United States District Judge
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Oaktree Capital Management, L.P. v. Technology Partners, Inc.*, No. 15-cv-9143

Dear Judge Koeltl:

      Taylor & Cohen LLP is counsel to Plaintiff and Counterclaim Defendant Oaktree Capital Management, L.P. ("Oaktree") in the above-referenced action. We write to clarify Oaktree's position with respect to Technology Partner, Inc.'s ("TPI") request for an extension of time in which to file its opposition brief to Oaktree's Motion to Dismiss.  While we objected to TPI's request for an extension of more than three weeks, we did indicate that Oaktree is amenable to a reasonable extension of the deadline.

Respectfully,

Robert Cohen