

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

T 212 660 3000
F 212 660 3001
www.sandw.com

January 21, 2016

**VIA ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten note:] The 2/16 Conference is Canceled. Defendant should respond to Plaintiff's motion by 2/5/16. Plaintiff should reply by 2/15/16. So Ordered. 1/22/16 [signature] JGK*

Re: *Oaktree Capital Management, L.P. v. Technology Partners, Inc.*, 15-cv-9143 (JGK)

Dear Judge Koeltl:

We are counsel to Defendant and Counterclaim-Plaintiff Technology Partners, Inc. ("TPI") in the above-referenced matter and write to request that the date by which TPI is required to file its opposition to plaintiff's dismissal motion be set at the parties' pre-motion conference on February 16, 2016.

On January 11, 2016, plaintiff filed a motion to dismiss TPI's counterclaims. By letter dated January 12, 2016, plaintiff wrote to the Court that it had "filed the motion without first scheduling a pre-motion conference, as required under Your Honor's Individual Practices." By Order dated January 13, 2016, the Court scheduled a pre-motion conference. By Order dated January 20, 2016, the Court rescheduled the pre-motion conference for February 16, 2016.

In light of the foregoing, TPI respectfully requests that the date by which TPI is required to file its opposition to plaintiff's dismissal motion be set at the February 16, 2016 pre-motion conference. Plaintiff's counsel does not consent to this request.

Respectfully submitted,

*[signature]*

Harry H. Rimm

cc:   Rob Cohen, Esq. (Via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED. 1-22-16

BOSTON   LONDON   NEW YORK   WASHINGTON, DC